IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00322-KLM

SIONE FINAU,

    Plaintiff,

v.

MOUNTAIN PRAIRIE, LLC,

    Defendant.

---

## STIPULATED ORDER

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

_____  
Attorney for Plaintiff

_____  
Attorney for Defendant

**SO ORDERED**

Dated: May 1, 2015

_____  
Hon. Kristen L. Mix  
United States Magistrate Judge